IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IBRAGIMOV RAVSHAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| vs. | ) | |
| | ) | **Case No. 15-cv-1306-DRH-CJP** |
| **WARDEN of IMMIGRATION** | ) | |
| **DETENTION FACILITY,** | ) | |
| | ) | |
| **Respondent.** | | |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court on petitioner's Motion to Notify the Court of Possible Violation of 28 U.S.C. §1746 [*sic*] by Deportation Officer. **(Doc. 12).**

Attached to the response to the petition is an affidavit by a deportation officer describing the efforts made by ICE to obtain a travel document so that petitioner can be removed to Uzbekistan. See, Doc. 8, Ex. 1. In paragraph 7 of the affidavit, the officer states that a request for a travel document was sent to the Uzbekistani consulate in New York City on June 3, 2015.

According to petitioner, paragraph 7 is a false statement. He asserts that a request for a travel document was submitted to Russia on June 3, 2015. It is not clear whether he is claiming that no request was submitted to Uzbekistan, or that requests were submitted to both countries. In either case, he offers nothing to support his assertion.

In any event, in paragraph 8 of the affidavit, the officer states that, on June 25, 2015, the Uzbekistani consulate directed that another travel document

request be sent.  This suggests that petitioner is incorrect and that an earlier request had been sent to the Uzbekistani consulate.

Petitioner's Motion to Notify the Court of Possible Violation of 28 U.S.C. §1746 [sic] by Deportation Officer **(Doc. 12)** is **DENIED**.

**IT IS SO ORDERED.**

DATE:  April 4, 2016.

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**